BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER M. WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2724

FILED

JUL - 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S- |
|---|---|---|
| Plaintiff, | ) | ORDER TO SEAL |
|  | ) | (UNDER SEAL) |
| v. | ) |  |
| ADIB SIROPE, RIMOUN MANSOUR, and PAY-LESS WHOLESALE, | ) | 2:10-cr-0258 |
| Defendants. | ) |  |

The Court hereby orders that the Indictment, the Petition of R. STEVEN LAPHAM, Assistant U.S. Attorney, to Seal the Indictment, and Order dated in the above-referenced case shall be sealed until the arrest of the defendant or until further order of the Court.

SO ORDERED.

DATED: July 6 , 2010

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3