```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  PETER M. WILLIAMS
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California  95814
 5  Telephone:  (916) 554-2724
```

**FILED**

AUG - 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GALIOM MANSOUR,<br>NAEIM HANNO, and<br>SOUTH BAY WHOLESALE, INC.,<br><br>    Defendants. | CASE NO. CR. S-10-0257 FCD<br><br>ORDER TO SEAL<br>(Under Seal) |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ADIB SIROPE,<br>RIMOUN MANSOUR, and<br>PAY-LESS WHOLESALE,<br><br>    Defendants. | CASE NO. CR. S-10-0258 MCE<br><br>ORDER TO SEAL<br>(Under Seal) |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ATIF HENAN,<br>ATEF SHEHATA,<br>SAMY GIRGIS, and<br>SOHEIR GIRGIS,<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CR. S-10-259 FCD<br><br>ORDER TO SEAL<br>(Under Seal) |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JACK HAROUN, and<br>WHOLESALE PALACE, INC.,<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CR. S-10-0260 EJG<br><br>ORDER TO SEAL<br>(Under Seal) |

The Court hereby orders that the Notice of Related Case, the Petition of R. STEVEN LAPHAM, Assistant U.S. Attorney, to Seal the Notice of Related Case, and Order dated in the above-referenced case shall be sealed until the arrest of a defendant in each of the referenced cases or until further order of the Court.

SO ORDERED.

DATED: 8.5.10

_____
HONORABLE MORRISON C. ENGLAND
UNITED STATES DISTRICT JUDGE