**FILED**

AUG - 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>SEALED,<br>        Defendants. | CASE NO. CR. S-10-0257 FCD |
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>SEALED,<br>        Defendants. | CASE NO. CR. S-10-0258 MCE  |
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>SEALED,<br>        Defendants. | CASE NO. CR. S-10-259 FCD |

```
UNITED STATES OF AMERICA,      )
                               )  CASE NO. CR. S-10-0260 EJG
              Plaintiff,       )
                               )
     v.                        )
                               )
SEALED,                        )
                               )
              Defendants.      )
```

                              SEALING ORDER

    Upon Application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: 8.5.10

                                              HONORABLE MORRISON C. ENGLAND
                                              United States District Judge