# SEALED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR. S-10-0257 FCD |
| v. | |
| GALIOM MANSOUR,<br>NAEIM HANNO, and<br>SOUTH BAY WHOLESALE, INC., | **RELATED CASE ORDER** |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR. S-10-0258 MCE |
| v. | |
| ADIB SIROPE,<br>RIMOUN MANSOUR, and<br>PAY-LESS WHOLESALE, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR. S-10-0259 FCD |
| v. | |
| ATIF HENAN,<br>ATEF SHEHATA,<br>SAMY GIRGIS, and<br>SOHEIR GIRGIS, | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR. S-10-0260 EJG |
| v. | |
| JACK HAROUN, and<br>WHOLESALE PALACE, INC., | |
| Defendants. | |
| _____/ | |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve similar questions of fact and the same question of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated, CR.S-10-0258 MCE, and CR. S-10-0260 EJG are reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as **CR. S-10-0258 FCD,** and **CR. S-10-0260 FCD**.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: August 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE