1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JOSEPH J. WISEMAN, P.C.**
2      **1477 Drew Avenue, Suite 106**
       **Davis, California 95618**
3      **Telephone:**     **530.759.0700**
       **Facsimile:**     **530.759.0800**
4  **Attorney for Defendant**
   **ADIB SIROPE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S-10-0258 FCD |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST FOR WAIVER OF PRESENCE; ORDER** |
| ADIB SIROPE; et al., | ) | |
| Defendants. | ) | |

     Defendant ADIB SIROPE, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

     Defendant further acknowledges that he has been informed of his rights under Title 18

1

U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

Dated:   August 12, 2010          __Original signature on file_____
                                  Defendant, ADIB SIROPE

Approved: August 12, 2010         By: __/s/ Joseph J. Wiseman__
                                       JOSEPH J. WISEMAN
                                       Attorney for Defendant
                                       ADIB SIROPE

Dated:   August 12, 2010          Respectfully submitted,

                                  JOSEPH J. WISEMAN, P.C.

                                  By: __/s/ Joseph J. Wiseman__
                                       JOSEPH J. WISEMAN
                                       Attorney for Defendant
                                       ADIB SIROPE

Dated: August 19, 2010            I approve the *Request for Waiver of Presence*.

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE