BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant United States Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ADIB SIROPE,<br>RAMOUN MANSOUR, and<br>PAY-LESS WHOLESALE, INC.,<br><br>          Defendant. | CR. NO. S-10-258 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE:  August 30, 2010<br>TIME:  10:00am<br>COURT: Courtroom 2 |

     IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendants Adib Sirope and Pay-Less Wholesale, Inc., through their undersigned counsel Joseph Wiseman, and defendant Ramoun Mansour, through his undersigned counsel John Manning, that the status conference presently set for August 30, 2010, be continued to September 27, 2010 at 10:00 a.m., thus vacating the presently set status conference.

     The parties stipulate and agree that the continuance is necessary to permit defense counsel to review discovery recently

provided by the government numbering over 30,000 pages.

The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and that the requested continuance is necessary to permit defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by granting this continuance therefore outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: August 26, 2010        /s/ R. Steven Lapham
                              R. STEVEN LAPHAM
                              Assistant U.S. Attorney


Dated: August 26, 2010        /s/ *Joseph Wiseman*
                              JOSEPH WISEMAN
                              Attorney for Defendants Adib Sirope
                              and Pay-Less Wholesale


Dated: August 26, 2010        /s/ *John Manning*
                              JOHN MANNING
                              Attorney for Defendant Rimoun Mansour


**ORDER**

IT IS SO ORDERED.

Dated: August 26, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2