JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADIB SIROPE, et al.,<br><br>　　　　Defendants. | NO. CR. S-10-258 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Judge: Hon. Frank C. Damrell, Jr. |

　　　IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, R. Stephen Lapham, Assistant United States Attorney, together with counsel for defendant Adib Sirope, Joseph J. Wiseman, Esq., and counsel for defendant Rimoun Mansour, John R. Manning, Esq., that the status conference presently set for September 27, 2010 be continued to January 10, 2011 at 10:00 a.m.

　　　This is a complex case involving voluminous discovery and a large amount of evidence, therefore, counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation, specifically the parties request further time to review discovery

1

and complete investigation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, January 10, 2011.

IT IS SO STIPULATED.

Dated: September 23, 2010                /s/ Joseph J. Wiseman
                                         JOSEPH J. WISEMAN
                                         Attorney for Defendant
                                         Adib Sirope

Dated: September 23, 2010                /s/ John R. Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Rimoun Mansour

Dated: September 23, 2010                Benjamin B. Wagner
                                         United States Attorney

                                  by:    /s/ R. Stephen Lapham
                                         R. STEPHEN LAPHAM
                                         Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  September 24, 2010               _____
                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE