JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ADIB SIROPE, et al.,  )<br>  )<br>  Defendants.  )<br>_____) | NO. CR.S-10-258 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, R. Stephen Lapham, Assistant United States Attorney, together with counsel for defendant Adib Sirope, Joseph J. Wiseman, Esq., and counsel for defendant Rimoun Mansour, John R. Manning, Esq., that the status conference presently set for January 10, 2011 be continued to **February 3, 2011 at 10:00 a.m., before the Honorable Kimberly J. Mueller in Courtroom 3**.

This is a complex case involving voluminous discovery and a large amount of evidence, therefore, counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation, specifically the defendants and their counsel request further time

1

to review the voluminous discovery and analyze how best to proceed with the case) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 3, 2011.

IT IS SO STIPULATED.

Dated: January 6, 2011        /s/ Joseph J. Wiseman
                              JOSEPH J. WISEMAN
                              Attorney for Defendant
                              Adib Sirope

Dated: January 6, 2011        /s/ John R. Manning
                              JOHN R. MANNING
                              Attorney for Defendant
                              Rimoun Mansour

Dated: January 6, 2011        Benjamin B. Wagner
                              United States Attorney

                        by:   /s/ R. Stephen Lapham
                              R. STEPHEN LAPHAM
                              Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the January 10, 2011 status conference be continued to February 3, 2011 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time to for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to February 3, 2011.

**IT IS SO ORDERED.**

Dated:  January 6, 2011

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE