JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADIB SIROPE, et al.,<br><br>　　　　Defendants. | NO. 2:10-cr-00258 KJM<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Judge: Hon. Kimberly J. Mueller |

　　　　IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, R. Steven Lapham, Assistant United States Attorney, together with counsel for defendants Adib Sirope and Pay-Less Wholesale, Joseph J. Wiseman, Esq., and counsel for defendant Rimoun Mansour, John R. Manning, Esq., that the status conference presently set for February 3, 2011 be continued to March 17, 2011 at 10:00 a.m.

　　　　This is a complex case involving voluminous discovery and a large amount of evidence, therefore, counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation, specifically the defendants and their counsel request further time to review the voluminous discovery and analyze how best to proceed with the case) and Local

1

Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, March 17, 2011.

IT IS SO STIPULATED.

Dated: February 1, 2011          /s/ Joseph J. Wiseman
                                 JOSEPH J. WISEMAN
                                 Attorney for Defendant
                                 Adib Sirope

Dated: February 1, 2011          /s/ Joseph J. Wiseman
                                 JOSEPH J. WISEMAN
                                 Attorney for Defendant
                                 Pay-Less Wholesale

Dated: February 1, 2011          /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Rimoun Mansour

Dated: February 1, 2011          Benjamin B. Wagner
                                 United States Attorney

                         by:     /s/ R. Steven Lapham
                                 R. STEVEN LAPHAM
                                 Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:10-cr-00258 KJM |
| Plaintiff, | |
| v. | ORDER TO CONTINUE STATUS CONFERENCE |
| ADIB SIROPE, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the February 3, 2011 status conference be continued to March 17, 2011 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to March 17, 2011.

IT IS SO ORDERED.

Dated:  February 3, 2011.

_____
UNITED STATES DISTRICT JUDGE