```
BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADIB SIROPE, ) <br> RIMOUN MANSOUR, and ) <br> PAY-LESS WHOLESALE, INC., ) <br> ) <br> Defendants. ) <br> _____) | CR. NO.  S-10-258 JAM <br><br> STIPULATION AND ORDER <br> SETTING STATUS CONFERENCE |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendants Adib Sirope and Pay-Less Wholesale, through their undersigned counsel Joseph Wiseman, and defendant Rimoun Mansour, through his undersigned counsel John Manning, that the status conference be set in this matter for **July 26, 2011**, 9:30a.m. in Courtroom 6.

The parties stipulate and agree that the setting is necessary because no status conference has yet been set since this matter has been reassigned to this Court, and also to permit defense counsel to review the 54,000 pages of discovery provided by the government.

1

    The parties further stipulate and agree that this is a complex case within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (ii) and under Local Rule T2 due to the voluminous amount and nature of the discovery in this case. The parties further stipulate that the exclusion of time during the period needed for defense counsels' reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (iv) and Local Rule T4. The ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U. S. C. § 3161 (h) (7) (A). Therefore time should be excluded from March 17, 2011, the vacated status conference by Judge Mueller, through July 26, 2011, the next status conference set by Judge Mendez.

                                  Respectfully submitted,

Dated: June 9, 2011           BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ R. Steven Lapham
                                  R. STEVEN LAPHAM
                                  Assistant U.S. Attorney

Dated: June 9, 2011           /s/ Joseph Wiseman
                                  JOSEPH WISEMAN
                                  Attorney for Defendants Adib Sirope
                                  and Pay-less Wholesale

Dated: June 9, 2011           /s/ John Manning
                                  Attorney for Defendant
                                  Rimoun Mansour

**ORDER**

IT IS SO ORDERED.

Dated: 6/13/2011                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United State District Judge