JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-10-258 JAM |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| v. | ) ) | CONTINUING STATUS CONFERENCE |
| ADIB SIROPE, et al., | ) ) ) | Time: 9:30 a.m. Date:    September 20, 2011 |
| Defendants. | ) ) ) ) | Judge: Hon. John A. Mendez |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Peter Williams, Special Assistant United States Attorney, together with counsel for defendants Adib Sirope and Pay-Less Wholesale, Joseph J. Wiseman, Esq., and counsel for defendant Rimoun Mansour, John R. Manning, Esq., that the status conference presently set for July 26, 2011 be continued to September 20, 2011 at 9:30 a.m.

This is a complex case involving voluminous discovery and a large amount of evidence, therefore, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code

PDF created with pdfFactory trial version www.pdffactory.com

Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to prepare, review the voluminous discovery, discuss plea agreement and possible resolution with government, and analyze how best to proceed with the case) from the date of the parties stipulation, July 25, 2011, to and including September 20, 2011.

IT IS SO STIPULATED.

Dated: July 25, 2011  /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
Adib Sirope

Dated: July 25, 2011  /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
Pay-Less Wholesale

Dated: July 25, 2011  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Rimoun Mansour

Dated: July 25, 2011  Benjamin B. Wagner
United States Attorney

by:  /s/ Peter Williams
PETER WILLIAMS
Sepcial Assistant U.S. Attorney

2

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-10-258 JAM |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| ADIB SIROPE, et al., ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the July 26, 2011 status conference be continued to September 20, 2011 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time to for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to September 20, 2011.

IT IS SO ORDERED.

Dated:  7/25/2011                    /s/ John A. Mende_____
                                     Hon. John A. Mendez
                                     United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com