JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADIB SIROPE, et al.,<br><br>Defendants. | CR NO. S-10-258 JAM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING<br><br>Time: 9:30 a.m.<br>Date: July 3, 2012<br>Judge: Hon. John A. Mendez |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for May 22, 2012. Counsel for the parties requests that the date for judgment and sentencing be continued to July 3, 2012 at 9:30am.

2. The parties requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | 7/3/12 |
| Reply, or Statement of Non-Opposition: | 6/26/12 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 6/19/12 |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 6/12/12 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 6/5/12 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 5/22/12 |

IT IS SO STIPULATED.

Dated: April 10m 2012           /s/ Joseph J. Wiseman
                                JOSEPH J. WISEMAN
                                Attorney for Defendant
                                Adib Sirope

Dated: April 10, 2012           /s/ John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Rimoun Mansour

Dated: April 11, 2012           Benjamin B. Wagner
                                United States Attorney

                       by:      /s/ Peter M. Williams
                                PETER M. WILLIAMS
                                Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-10-258 JAM |
| Plaintiff, | ORDER TO CONTINUE SENTENCING |
| v. | |
| ADIB SIROPE, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants Adib Sirope and Rimoun Mansour be continued from May 22, 2012 to July 3, 2012. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

IT IS SO ORDERED.

Dated: 4/11/2012                    /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Court Judge

3

PDF created with pdfFactory trial version www.pdffactory.com