JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ADIB SIROPE, et al.,<br><br>    Defendants. | CR NO. S-10-258 JAM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING<br><br>Time: 9:45 a.m.<br>Date:   October 23, 2012<br>Judge:  Hon. John A. Mendez |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for September 25, 2012. Counsel for the parties requests the date for judgment and sentencing be continued to October 23, 2012 at 9:45 a.m. Counsel for defendants need additional time to draft formal objections.

2. The parties requests the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                  **10/23/12**

   Reply, or Statement of Non-Opposition:                              10/16/12

1

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:     10/9/12

IT IS SO STIPULATED.

Dated: September 10, 2012          /s/ Joseph J. Wiseman
                                   JOSEPH J. WISEMAN
                                   Attorney for Defendant
                                   Adib Sirope

Dated: September 10, 2012          /s/ John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   Rimoun Mansour

Dated: September 10, 2012          Benjamin B. Wagner
                                   United States Attorney

                            by:    /s/ Steven Lapham
                                   STEVEN LAPHAM
                                   Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-10-258 JAM |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE SENTENCING |
| v. ) | |
| ADIB SIROPE, et al., ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants Adib Sirope and Rimoun Mansour be continued from September 25, 2012 to October 23, 2012. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

IT IS SO ORDERED.

Dated: 9/11/2012                    /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Court Judge