JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ADIB SIROPE, et al.,<br><br>  Defendants. | ) CR NO. S-10-258 JAM<br>)<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING SENTENCING<br>)<br>)<br>) Time: 9:45 a.m.<br>) Date:   December 11, 2012<br>) Judge:  Hon. John A. Mendez<br>)<br>)<br>)<br>) |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for November 20, 2012. Counsel for the parties requests the date for judgment and sentencing be continued to December 11, 2012 at 9:45 a.m. Counsel for Mr. Mansour needs additional time to research and draft a sentencing memorandum. Additionally, Counsel for Mr. Sirope is presently in trial and anticipates being in trial on the date presently set for judgment and sentencing.

1

IT IS SO STIPULATED.

Dated:  November 14, 2012                         /s/ Joseph J. Wiseman
                                                  JOSEPH J. WISEMAN
                                                  Attorney for Defendant
                                                  Adib Sirope


Dated: November 14, 2012                          /s/ John R. Manning
                                                  JOHN R. MANNING
                                                  Attorney for Defendant
                                                  Rimoun Mansour


Dated:  November 14, 2012                         Benjamin B. Wagner
                                                  United States Attorney

                                     by:          /s/ Steven Lapham
                                                  STEVEN LAPHAM
                                                  Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ADIB SIROPE, et al.,<br><br>    Defendants. | CR NO. S-10-258 JAM<br><br>ORDER TO CONTINUE SENTENCING |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants Adib Sirope and Rimoun Mansour be continued from November 20, 2012 to December 11, 2012 at 9:45 a.m.

IT IS SO ORDERED.

Dated:   11/15/2012                                         /s/ John A. Mendez
                                                                  Hon. John A. Mendez
                                                                  United States District Court Judge