JOSEPH J. WISEMAN, ESQ., CSBN 107403
WISEMAN LAW GROUP, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant
ADIB SIROPE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>ADIB SIROPE,<br><br>            Defendants. | Case No. CR S 10-258 JAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: January 29, 2013<br>TIME: 9:45 a.m.<br>CTRM. Honorable Hon. John A. Mendez |

     **It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, R. Steven Lapham, Assistant United States Attorney, RIMON MANSOUR, through his counsel of record, John Manning and defendant ADIB SIROPE, through his counsel of record, Joseph J. Wiseman, that the sentencing presently scheduled for December 11, 2012, at 9:45 a.m., be rescheduled to January 29, 2013, 9:45 a.m.**

     Specifically, the defendants and their counsel of record need additional time to review the extensive discovery in order to determine the appropriate loss calculation for sentencing and for the restitution determination the court will impose in this case.

/ / / / /

IT IS SO STIPULATED.

Dated: December 4, 2012          WISEMAN LAW GROUP, P. C.
                                 By:    /s/ Joseph J. Wiseman
                                    JOSEPH J. WISEMAN
                                    Attorney for Defendant
                                    ADIB SIROPE


Dated: December 4, 2012          LAW OFFICE OF JOHN MANNING
                                 By:    /s/ John Manning
                                    JOHN MANNING
                                    Attorney for Defendant
                                    RIMON MANSOUR

Dated: December 4, 2012          BENJAMIN B. WAGNER
                                 United States Attorney

                                 By:     /s/ R. Steven Lapham
                                    R. STEVEN LAPHAM, AUSA
                                    Attorney for Plaintiff
                                    UNITED STATES OF AMERICA


### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendants ADIB SIROPE and RIMOUN MANSOUR be continued from December 11, 2012 to January 29, 2013 at 9:45 a.m.

IT IS SO ORDERED.

Dated:  12/6/2012                /s/ John A. Mendez
                                 HON. JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE