JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RIMOUN MANSOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-10-258 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | |
| ADIB SIROPE, et al., | Time: 9:45 a.m.<br>Date: February 12, 2013<br>Judge: Hon. John A. Mendez |
| Defendants. | |

It is hereby stipulated and agreed to between plaintiff, United States of America, through its counsel of record, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Rimoun Mansour, John R. Manning, Esq., and counsel for defendant Adib Sirope, Joseph J. Wiseman, Esq., that the judgment and sentencing presently scheduled for January 29, 2013 be continued to February 12, 2013.

The parties are working toward resolving restitution and sentencing related issues and have scheduled a conference for January 31, 2013, to address these issues.
IT IS SO STIPULATED.

1

Dated:  January 24, 2013            /s/ Joseph J. Wiseman
                                    JOSEPH J. WISEMAN
                                    Attorney for Defendant
                                    Adib Sirope

Dated:  January 24, 2013            /s/ John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Rimoun Mansour


Dated:  January 24, 2013            Benjamin B. Wagner
                                    United States Attorney

                            by:     /s/Steven Lapham
                                    STEVEN LAPHAM
                                    Assistant U.S. Attorney


**ORDER**

   GOOD CAUSE APPEARING, it is hereby ordered the date for the judgment and sentence of defendants Adib Sirope and Rimoun Mansour be continued from January 29, 2013 to February 12, 2013.


IT IS SO ORDERED.

Dated:  January 25, 2013            /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Judge